**Order entered June 8, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01351-CV

**FELIX ECHENDU, Appellant**

**V.**

**GUSTAVO HUERTA AND HUERTA'S BODY SHOP, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-05211-E**

## ORDER

We **GRANT** appellant's June 3, 2016 motion to extend time to file amended brief and

**ORDER** the amended brief received by the Court on June 6, 2016 timely filed as of the date of

this order.

/s/     CRAIG STODDART
        JUSTICE